UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Appellee,<br><br>vs.<br><br>MARIO CLOTINHO GOMES,<br>      Appellant, | Case No. 14-4037 |

**DEFENDANT-APPELLANT'S MOTION FOR LEAVE TO FILE OVERSIZED JOINT APPENDIX**

COMES NOW the appellant, Mario Gomes, by and through the undersigned counsel, and does move this Court for an Order granting him leave to file an oversized Joint Appendix in this matter and in support thereof does show the following:

1. That the undersigned was appoint to represent the defendant-appellant in this matter.

2. The Joint Appendix herein is oversized due to the necessity of including the trial transcript and witness testimony.

3. The Joint Appendix is 854 pages including covers and tables. It includes only the materials essential to the Court's evaluation of the issues.

WHEREFORE, the appellant herein prays this Court that an Order issue allowing the filing of an oversized Joint Appendix.

Respectfully submitted this the 11th day of September, 2014.

        DEVEREUX & BANZHOFF, PLLC
        The Jackson Building
        22 South Pack Square, Suite 1100
        Asheville, North Carolina 28801
        (828) 285-9455

By:  /s/ Andrew B. Banzhoff
      Andrew B. Banzhoff
      Attorney for Defendant
      N.C. Bar # 26432
      abanzhoff@dblawoffices.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 11th day of September, 2014, served the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Amy E. Ray
    OFFICE OF THE U.S. ATTORNEY
    100 Otis Street, Room 233
    Asheville, North Carolina  28801
    (828) 271-4661
    amy.ray@usdoj.gov

                                                /s/ Andrew B. Banzhoff
                                                Andrew B. Banzhoff